# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INGINIA GARCIA | ) | Case No. 1:09-CV-05594-PKC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GLOBAL CREDIT | ) | |
| & COLLECTION CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, INGINIA GARCIA, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

This __7th___ day of __October____, 2009.

Respectfully submitted,

_____
Dennis R. Kurz
NY Bar No. 4570453
***Kurz & Fortas, LLC***
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@kurzandfortas.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of October 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel as described below. A copy will also be forwarded to Defendant's counsel by electronic mail. Parties may access this filing through the Court's system.

> Mr. Ronald S. Canter, Esq.
> The Law Offices of Ronald S. Canter, LLC
> 11300 Rockville Pike
> Suite 1200
> Rockville MD 20852

Respectfully submitted,

_____
Dennis R. Kurz
NY Bar No. 4570453
***Kurz & Fortas, LLC***
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@kurzandfortas.com